IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY J. TURLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08–cv–0007–SCW |
| | ) |
| DANNY BEDINGER, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**WILLIAMS, Magistrate Judge:**

On September 20, 2011, an in-court Motion Hearing was held on all three of Plaintiff Gregory Turley's ("Turley's") pending actions (Case Nos. 08-cv-0377-SCW, 09-cv-0829-MJR, and the above-captioned action). In this case, the Court took up Turley's Motion to Compel (Doc. 103), in which Turley moves the Court for an Order compelling Defendants to produce eighteen specific documents as listed in his Request for Production (RFP). The Court took up each request in turn, reviewed the requested documents when necessary, and allowed the parties to argue their positions. The undersigned now summarizes the rulings that it made on the Record during the September 20, 2011 Hearing.

The Court SUSTAINED Defendants' Objections based on their representations in open court that certain requested documents do not exist. The Court however OVERRULED Defendants Objections as follows:

> (1) Regarding Turley's RFP #3—Investigation Reports: the Court DIRECTED Defendants to review their files and records and provide *any and all* reports, letters or other documents containing any information related to the investigation referenced in Exhibit D of Plaintiff Turley's Complaint.

> (2) RFP #10—Temporary Confinement or Investigative Reports: once again, the Court DIRECTED Defendants to review their files and records and provide *any and all* reports, letters or other documents containing any information related to Plaintiff Turley's 8/19/2005 Segregation placement.

(3) RFP #12—North II Segregation Offender Sign-in Log Book page from 8/19/2005: Defendants were DIRECTED to continue their search for this document and proivde the Court with a status report regarding this request.

(4) RFP #13—Turley's Seg. Personal Property Inventory Sheets from 8/19/2005: the Court DIRECTED Defendants to proceed in the same way as outlined in paragraph (3) above.

(5) RFP #14—written authorization form, report, paperwork authorizing Turley's continued Temporary Confinement statues: Defendants were DIRECTED to provide Turley with a copy of *any and all* documentation relating to his Temporary Confinement in Segregation or to the alleged extension of his Temporary Confinement.

(6) RFP #18—11/22/2005 Inmate Job Vote Sheet: the Court SUSTAINS Defendants' Objection based on their claim that this document does not exist. However, Defendants' Objection based on security and safety concern grounds was OVERRULED.  Thus, if this document is found at any time during the pendency of this litigation, it should be immediately produced.

*All* of the above information SHALL be provided to the Court and/or Plaintiff Turley **on or before October 11, 2011.**

**IT IS SO ORDERED.**

DATED: September 26, 2011.

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge