IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY J. TURLEY,** | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 08-7-SCW |
| **DANNY BEDINGER, ALAN UCHTMAN, DONALD HULICK, GARY CONDER, ALLEN MARTIN, RONALD MEEK, DAN OHLAU, BRAD THOMAS, JOE COWAN, ANTHONY RAMOS, TYONE MURRAY, ROD BLAGOJEVICH, ROGER WALKER, JR., BETSY SPILLER, LT. WALLER, SGT. McDANIEL, KIM BASKINS, ROBERT COX, JOHN KELLERHOUSE, JEFFERY BROSHEARS, and UNKNOWN JOHN and JANE DOES,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants Donald Hulick, Ronald Meek, Rod Blagojevich, Roger Walker, Jr., Betsy Spiller, Kim Baskins, Robert Cox, and Unknown John and Jane Does were dismissed on February 11, 2011, by an Order entered by District JudgeMichael J. Reagan (Doc. 22).

Defendant Jeffery Broshears was dismissed on March 30, 2011, by an Order entered by District Judge Michael J. Regan (Doc. 67).

Defendants Allen Martin, Tyone Murray, Lt. Waller and John Kellerhouse were granted summary judgment on February 2, 2012 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 131).

The remaining defendants came before this Court for jury trial.

Defendants Alan Uchtman, Gary Conder, Dan Ohlau, Brad Thomas, Joe Cowan and Anthony Ramos were granted judgment as a matter of law on February 21, 2012 by Magistrate Judge Stephen C. Williams, (See Minutes Doc. 145).

A jury verdict was returned in favor of plaintiff Gregory J. Turley and against defendant Danny Bedinger on February 22, 2012 (Doc. 149).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff **GREGORY J. TURLEY** and against defendant **DANNY BEDINGER** in the amount of one dollar ($1.00) in compensatory damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ALAN UCHTMAN, DONALD HULICK, GARY CONDER, ALLEN MARTIN, RONALD MEEK, DAN OHLAU, BRAD THOMAS, JOE COWAN, ANTHONY RAMOS, TYONE MURRAY, ROD BLAGOJEVICH, ROGER WALKER, JR., BETSY SPILLER, LT. WALLER, SGT. McDANIEL, KIM BASKINS, ROBERT COX, JOHN KILLERHOUSE, JEFFERY BROSHEARS** and **UNKNOWN JOHN and JANE DOES** and against plaintiff **GREGORY TURLEY**..

**DATED** this 28th Day of February, 2012

                                                  **NANCY J. ROSENSTENGEL CLERK**

                                                  BY: <u>S/ Angela Vehlewald</u>
                                                          Deputy Clerk

Approved by    <u>S/ Stephen C. Williams</u>
              United States Magistrate Judge
                Stephen C. Williams