IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY J. TURLEY,** | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 08-7-SCW |
| **ROD BLAGOJEVICH, ROGER WALKER, JR., RONALD MEEK, ALAN UCHTMAN, ROBERT COX, ALLEN MARTIN, GARY CONDER, DAN OHLAU, BETSY SPILLER, ANTHONY RAMOS, LT. WALLER, SGT. MCDANIEL, KIM BASKINS, and JOHN AND JANE DOE,** | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

Defendants Rod Blagojevich, Roger Walker, Jr., and Ronald Meek were dismissed on February 13, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 194).

Defendants Robert Cox, Allen Martin, and Gary Conder were dismissed with prejudice on February 13, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 194).

Defendants Rick Harrington and John and Jane Doe were dismissed on September 29, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 252).

Defendant Kim Baskin was dismissed with prejudice and Defendants Alan Uchtman, Dan Ohlau, Anthony Ramos, Betsy Spiller, Lt. Waller, and Sgt. McDaniel were granted judgment as a matter of law on June 21, 2016 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 309).

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ROD BLAGOJEVICH, ROGER WALKER, JR., RONALD MEEK, ALAN UCHTMAN, ROBERT COX, ALLEN MARTIN, GARY CONDER, DAN OHLAU, BETSY SPILLER, ANTHONY RAMOS, LR. WALLER, SGT MCDANIEL, KIM BASKINS,** and **JOHN and JANE DOE** and against plaintiff **GREGORY TURLEY**.

Judgment is also entered in favor of Plaintiff **GREGORY TURLEY** and against Defendant, **Menard Warden JACQUELINE LASHBROOK** in her official capacity, and any of her successors in their official capacity, in the form of a permanent injunction enjoining her from housing Plaintiff, Gregory Turley, in the North I cell house of Menard Correctional Center in a single cell with one or more other inmates or cellmates.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 28th day of September, 2018

            **THOMAS L. GALBRAITH,**
            **Acting Clerk of Court**

            BY: <u>s// Angie Vehlewald</u>
              Deputy Clerk

**Approved by** <u>  s// Stephen C. Williams</u>
     **United States Magistrate Judge**
     **Stephen C. Williams**