# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY J. TURLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Cause No. 3:08-CV-00007 |
| ) | |
| **DANNY BEDINGER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE TO FILE RESPONSE
## TO UNTIMELY RULE 59(e) MOTION

Plaintiff Gregory Turley, by and through his attorney, moves this Court for leave to file his response to Defendants' untimely Rule 59(e) Motion out of time, stating as follows:

1. This Court should grant Plaintiff leave to file his response out of time to Defendants' untimely Motion to Reconsider. See Doc. 372.

2. When Defendants filed their untimely Motion to Reconsider on September 28, 2018, Plaintiff wrongly assumed this Court would dismiss the motion as a matter of routine without the need to file a response. Subsequently, when the case was reassigned to Judge Sison without the Court taking action, it became apparent that it was necessary for Plaintiff to address the motion before the new Judge.

3. Plaintiff believes that this Court's September 26, 2018 Order was an important civil rights judgment meriting consideration, and that Defendants will not be prejudiced by granting Plaintiff leave to file a response.

**WHEREFORE,** Plaintiff prays that this Court grants him leave to file the attached Response, Exhibit A, Response To Defendants' Untimely Rule 59(e) Motion.

WITZEL, KANZLER & DIMMITT, LLC


By:   /s/ Jay L. Kanzler
     Jay L. Kanzler #6208895
     2001 S. Big Bend Blvd.
     St. Louis, Missouri 63117
     Tel: (314) 645-5367
     Fax: (314) 645-5387
     jaykanzler@wkllc.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of March 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and sent to all parties of record


     /s/   Jay L. Kanzler